```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/5/17
```

Michael J. Little
King's Bench Chambers
10-11 Basepoint Business Centre
Christchurch, Dorset, BH23 6NX
United Kingdom
Telephone: +44 1202 250025
Facsimile: +44 870 123 1783

**MEMO ENDORSED**
Member of Lincoln's Inn

*[handwritten endorsement: Government should respond by Jans 18, 2017. SO ORDERED /s/ USDJ 1-5-17]*

January 4, 2017

<u>Via ECF & By Hand</u>

The Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:  **Defendant's Affidavit as required by SDNY Local Criminal Rule 16.1**

**Defendant's Letter Motion requesting (i) Dismissal of Count 2, Second Superseding Indictment[1] ("2nd Supers."); (ii) Amendment of Count 8, 2nd Supers; (iii) Government to provide further and better particulars of the essential facts relating to the Francis Deposition ("the Deposition") as alleged in Count 1, 2nd Supers.; and (iv) the Court provide Further Directions for the Deposition.**

*United States of America v. Michael Little*
Docket No. 12-cr-0647(PKC)

Dear Judge Castel,

I respectfully submit this letter, and affidavit attached as Exhibit A, for the Court's consideration.

I apologize for my breach of [peremptory] SDNY Local Criminal Rule 16.1; the reasons for the breach are more fully detailed in the affidavit.

Respectfully submitted,

/s/

Michael J. Little
Defendant (*Pro Se*)

cc: AUSA Stanley J. Okula, Jr. (by ECF)
Sean M. Maher, Esq. (by email)